SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>   Plaintiff,<br><br>   vs.<br><br>Harold Dirks,<br><br>   Defendant | Case No. **2:10-cv-02742-LKK-JFM**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date: January 9, 2012.

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT